WILLIAM ARTHUR SIMMEL, *ET AL.*, PLAINTIFFS-RE-SPONDENTS AND CROSS-PETITIONERS, v. NEW JERSEY COOP COMPANY, DEFENDANT-PETITIONER AND CROSS-RESPONDENT.

See same case below: 47 *N. J. Super.* 509.

*Mr. Edward V. Ryan* for the petitioner and cross-respondent.

*Mr. Jesse Moskowitz* for the respondents and cross-petitioners.

February 10, 1958. Granted.

HAIG HAGOPIAN, PETITIONER-RESPONDENT, v. A. & M. KARAGHEUSIAN, INC., RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Talisman & Golat* for the respondent.

February 10, 1958. Denied.